RE: Tr. Ct. No. 114-1496-12-B    WR-39,415-04

Abel Acosta, Clerk                7-1-2015
                                  39,415-04

   This is to inform you that a 4 page addendum to the above numbered Writ of Habeas Corpus was mailed to the District Clerk of the 114th District Court of Smith County, Texas on 6-18-2015.
   Without this 4 page supplement to WR-39,415-04 the Writ is incomplete. The District Clerk of Smith County, Texas was asked to file this addendum appropriately and forward to the Court of Criminal Appeals of Texas. This is a very important document that must be included in the Courts consideration of this Writ.
   Thanks for your time.

                    Sincerely,         Paul Pate 1909266
                                        1700 N. FM 87
                                        Bonham, Tx. 75418

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 07 2015

Abel Acosta, Clerk